IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANTE GAINES,

      Plaintiff,                        No. CIV S-05-0257 FCD KJM P

    vs.

TOM CAREY, et al.,

      Defendants.               <u>ORDER</u>

/

        On June 26, 2007, plaintiff filed a document titled "motion to compel." This civil rights action was closed on October 4, 2006. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: July 12, 2007.

                                        U.S. MAGISTRATE JUDGE

1
gain0257.58